# *LIPMAN & BOOTH, LLC*
ATTORNEYS AT LAW
www.lipmanandbooth.com

CHRISTOPHER BOOTH 11 BROADWAY, SUITE 1054
NOAH LIPMAN (RET.)  New York, New York 10004
 TEL: (212) 363-6969
 FAX: (212) 363-6041
 cbooth@lipmanandbooth.com

August 11, 2020

The Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Via ECF

> Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 798.
>
> Dated: August 12, 2020
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

 Re: **United States v. Jonathan Huertas**
 **14 Cr 0055 (LGS)**

Dear Judge Schofield:

 Please accept this request to modify the defendant's terms of supervised release to permit travel outside the United States for up to a fourteen-day period pursuant to an itinerary to be provided to U.S. Probation and the Government. The defendant is at liberty on supervised release and is supervised by P.O. Jason Lerman. The defendant is in compliance with all conditions.

 Mr. Huertas grandmother is dying from lung cancer and resides in the Dominican Republic. Mr. Huertas desires to see her before she passes to provide comfort to her and his extended family. He will provide a detailed travel itinerary as well as the address where he will stay while in the Dominican Republic and a name of the relative he will be staying with and also provide a contact telephone number.

 I have advised P.O. Lerman and A.U.S.A. Edward Diskant and both do not object this request.

 Wherefore, it is respectfully requested that the <u>defendant's supervised release conditions be modified to permit travel outside the United States for up to fourteen-days pursuant to the itinerary he provides to U.S. Probation and the Government.</u>

 Respectfully,

 /s
 Christopher Booth