UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA       :

                                       :      14 Cr. 55-13 (LGS)
                -against-               :
                                       :      <u>ORDER</u>
    JONATHAN HUERTAS,              :
                          Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       The parties shall file a joint status letter on **November 13, 2023,** informing the Court of their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: November 7, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE