

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF AND EMAIL**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted.  The November 16, 2023, conference is adjourned *sine die*.  The Clerk of the Court is directed to terminate the letter motion at docket number 846.

Dated: November 16, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Jonathan Huertas*, 14 Cr. 55 (LGS)

Dear Judge Schofield:

The Government writes with respect to the preliminary hearing scheduled for November 16, 2023, relating to the defendant's pending specifications alleging violations of the conditions of his supervised release.

This Court previously referred the defendant's presentment on the pending specifications to the Magistrate Judge on duty, and the defendant was presented on November 2, 2023, before the Honorable Gary Stein.  At the presentment, Judge Stein ordered the defendant detained on consent and set a preliminary hearing date under Rule 32.1 for November 16, 2023.

In light of the Court's Order that the parties submit a further joint status report on December 4, 2023, and the likelihood that the Probation Office will amend the existing violation report to add additional specifications, the parties respectfully request that the preliminary hearing scheduled for November 16, 2023, be adjourned *sine die*.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584

Cc:   Alain V. Massena, Esq. (by ECF)
U.S. Probation Officer Lisa Faro (by email)