UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    JONATHAN HUERTAS,
                              Defendant.
------------------------------------------------------------ X

14 Cr. 55-13 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a preliminary revocation hearing was held on January 29, 2024.

    It is hereby **ORDERED** that the parties shall appear for a status conference on **April 23, 2024, at 10:30 a.m**.

Dated: January 29, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**