

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 5, 2024

> *Application Granted. The parties shall file a joint status letter on **July 30, 2024**. The status conference currently scheduled for July 15, 2024, is adjourned **August 5, 2024, at 10:30 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 859.*
>
> *Dated: July 8, 2024*
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**BY ECF AND EMAIL**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Jonathan Huertas*, 14 Cr. 55 (LGS)

Dear Judge Schofield:

In advance of the status conference scheduled for July 15, 2024 in this matter, the Government respectfully writes to provide the Court with a status report regarding the defendant's state case arising out of the same facts as the majority of the defendant's pending supervised release specifications (the "State Case").

Based on the Government's discussions with the Office of the Special Narcotics Prosecutor for the City of New York ("SNP"), the Government understands that the SNP has made a plea offer to resolve the State Case and that the judge presiding over the State Case has allowed the defendant until July 23, 2024 to consider the plea offer, at which point the defendant will either plead guilty, or the judge presiding over the State Case will set a motion schedule and trial date, likely in early 2025.

Accordingly, the Government respectfully requests that the Court adjourn the July 15, 2024 conference in the federal supervised-release proceeding to a date at the beginning of August 2024, with the parties to submit a further status update by July 30, 2024, including the parties' positions as to any release of the defendant to state custody.[1]  Counsel for the defendant and the U.S. Probation Office both consent to the proposed adjournment and the proposal outlined by the Government.

---

[1] The defendant was arrested on or about September 19, 2023, and has remained in federal custody from that date to the present.  As set forth in the parties' joint status letter, dated December 4, 2023, the defendant is charged with violating the conditions of his supervised release in nine Grade A violations, which each carry an advisory Guidelines range of 12 to 18 months' imprisonment; two Grade B violations, which each carry an advisory Guidelines range of 4 to 10 months' imprisonment; and one Grade C violation, which carries an advisory Guidelines range of 3 to 9 months' imprisonment.

July 5, 2024
Page 2

    The parties thank the Court for its consideration of this request.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                           By:  _____
                                          Jerry J. Fang
                                          Assistant United States Attorney
                                          (212) 637-2584

Cc:    Alain V. Massena, Esq. (by ECF)
        U.S. Probation Officer Lisa Faro (by email)