Application **DENIED**.  By **January 23, 2025**, the parties shall file the joint letter, including information regarding Defendant's potential transfer to state jurisdiction.  So Ordered.

Dated: January 21, 2025
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**BY ECF AND EMAIL**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Jonathan Huertas*, 14 Cr. 55 (LGS)

Dear Judge Schofield:

The Government respectfully writes on behalf of the parties to provide the Court with a joint status update pursuant to the Court's January 8, 2025 Order.

The Office of the Special Narcotics Prosecutor for the City of New York ("SNP"), which is prosecuting the defendant's parallel state criminal case (the "State Case"), has advised the Government that on January 16, 2025, the defendant pleaded guilty to first-degree criminal possession of a controlled substance, in violation of New York Penal Law ("NYPL") § 220.21(1); second-degree kidnapping, in violation of NYPL § 135.20; and second-degree assault, in violation of NYPL § 120.05(2).  The defendant is scheduled to be sentenced in the State Case on or about March 5, 2025.

Based on this development, the parties respectfully request that the Court adjourn the January 27, 2025 status conference in this matter to a date in mid- to late-February to facilitate the parties' discussions regarding a potential disposition in this matter, which would obviate the need for a supervised-release hearing.  The Government, the Probation Office, and counsel for the defendant are available for a further conference on February 10, 13, 17, or 20, 2025.[1]  Given the likelihood that a disposition may soon be reached in this matter, the parties also jointly and respectfully propose that the defendant remain in federal custody.

---

[1] The Government understands that defense counsel is currently in the middle of a three-month trial in Westchester County that began on or about January 7, 2025, but which does not sit on Mondays or Thursdays.

January 19, 2025
Page 2

                                        Respectfully submitted,

                                        EDWARD Y. KIM
                                        Acting United States Attorney for the
                                        Southern District of New York

                           By:    _____
                                        Jerry J. Fang
                                        Assistant United States Attorney
                                        (212) 637-2584

Cc:    Alain V. Massena, Esq. (by ECF)
        U.S. Probation Officer Lisa Faro (by email)