UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :
                                                             :   14 Cr. 55-13 (LGS)
           -against-                                         :
                                                             :   ORDER
JONATHAN HUERTAS,                                            :
                                    Defendant.               :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held on January 27, 2025. It is hereby

**ORDERED** that Defendant's change of plea hearing is referred to the magistrate judge on duty. It is further

**ORDERED** that the parties shall appear for a sentencing hearing on **March 10, 2025, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **February 18, 2025**. The Government's sentencing submission shall be filed by **February 21, 2025**.

Dated: February 7, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE