UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA          :
                                  :          14 Cr. 55 (LGS)
        -against-                 :
                                  :          ~~PROPOSED~~ ORDER
JONATHAN HUERTAS,                 :
                                  :
                Defendant.        :
------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the U.S. Probation Office charged the defendant with violating the terms of his supervised release in a violation report dated September 14, 2022, which was subsequently amended on January 23, 2024;

WHEREAS, this Court issued a warrant for the defendant's arrest on September 15, 2022 based on the violation report submitted by the U.S. Probation Office;

WHEREAS, the defendant was arrested on or about September 19, 2023 pursuant to the September 15, 2022 warrant issued by this Court;

WHEREAS, the defendant has remained in the primary custody of the U.S. Marshals Service ("USMS") since his arrest;

WHEREAS, the parties appeared for a conference to address the defendant's alleged violations of supervised release on January 27, 2025, and

It is hereby **ORDERED** that on **February 24, 2025**, the USMS shall transfer primary custody of the defendant to the New York City Department of Correction ("NYCDOC");

It is further **ORDERED** that, to facilitate this Order, the USMS may transfer custody of the defendant to authorized representatives of the Office of the Special Narcotics Prosecutor for

the City of New York, the New York City Police Department, and the Drug Enforcement Administration so that the defendant may be brought to a facility designated by the NYCDOC.

Dated: February 14, 2025
      New York, New York

                                                              **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**