UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              -against-

JONATHAN HUERTAS,
                              Defendant.
-------------------------------------------------------------X

14 Cr. 55-13 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an evidentiary hearing concerning certain specifications requested by the Government was held on April 7, 2025.

WHEREAS, for the reasons explained at the conference, the Court finds that the Government has proven violations of specifications 1, 2, 3, 6 and 9 by a preponderance of the evidence. It is hereby

**ORDERED** that Defendant shall file his sentencing submission by **April 9, 2025**. The Government shall file its sentencing submission by **April 10, 2025**. It is further

**ORDERED** that a Defendant Jonathan Huertas' sentencing hearing shall be held on **April 15, 2025, at 2:30 P.M.** in courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York 10007.

Dated: April 8, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE