

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 10, 2025

**BY ECF AND EMAIL**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted.  The Government's sentencing submission shall be filed today.  The Clerk of the Court is directed to terminate the motions at docket number 894 and 895.

Dated: April 11, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Jonathan Huertas*, 14 Cr. 55 (LGS)

Dear Judge Schofield:

The Government respectfully requests a one-day extension to file its sentencing submission, which is currently due on April 10, 2025.  The Government is requesting this extension to finalize its position regarding certain issues relevant to sentencing.  Defense counsel consents to this adjournment request.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: _____
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584

Cc:   Alain V. Massena, Esq. (by ECF)